FLOYD WILLIAMS *v.* COMMISSIONER OF
CORRECTION
(14241)

Dupont, C. J., and O'Connell and Spear, Js.

Argued January 17—decision released March 5, 1996

*Leopold P. DeFusco,* special public defender, for the appellant (petitioner).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gerard P. Eisenman,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The petitioner appeals from the habeas court's dismissal of his petition for writ of habeas corpus and the court's denial of his petition for certification.

After a review of the record and briefs, and after considering the oral arguments, we conclude that the petitioner has not made a substantial showing that he has been denied a state or federal right or sustained the burden of persuasion that the denial of certification to appeal was a clear abuse of discretion or that an injustice has been done. *Williamson* v. *Commissioner of Correction,* 39 Conn. App. 773, 667 A.2d 562 (1995); *Davis* v. *Commissioner of Correction,* 39 Conn. App. 735, 667 A.2d 560 (1995); *Bush* v. *Commissioner of Correction,* 37 Conn. App. 930, 657 A.2d 724 (1995).

The appeal is dismissed.